**FILED**

FEB 2 0 2015

OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

---

In re:

ARIES COVE, LLC,

Debtor.

---

Case No. 15-10059
Chapter 7

Robert E. Littlefield, Jr., United States Bankruptcy Judge

## SUA SPONTE ORDER TO SHOW CAUSE

Aries Cove, LLC (the "Debtor") filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code on January 15, 2015. The petition is not signed by an attorney admitted to practice in the United States District Court for the Northern District of New York. Local Bankruptcy Rule 9010-2 for the Northern District of New York provides, in part:

> **(a)** **Non-Individual Debtor.** A non-individual debtor shall not be permitted to proceed under chapters 7, 9, 11, 12, or 15 without representation by an attorney duly admitted to the Northern District of New York.

**NOW**, upon due consideration and good cause appearing therefore, it is hereby

**ORDERED**, that **Aries Cove, LLC** appear before this court on **March 4, 2015 at 9:15 a.m.** at the James T. Foley U.S. Courthouse, 445 Broadway, Room 306, Albany, New York, and show cause as to why this case should not be dismissed under 11 U.S.C. § 707(a) on the grounds that the Debtor, a non-individual, is not represented by an attorney admitted in the Northern District of New York; and it is further

**ORDERED**, that any response to this Order to Show Cause shall be filed with the Court by 12 o'clock noon on **March 3, 2015.**

DATED: February 20, 2015

---

Robert E. Littlefield, Jr.
United States Bankruptcy Judge